UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | CASE NO. 4:14CV00734 SWW | |
| $10,633.67 SEIZED FROM FIRST NATIONAL BANK OF EASTERN ARKANSAS ACCT. NO. XXXX762; *et al* | | DEFENDANTS |

## DECREE OF FORFEITURE

The United States of America moves for a default judgment and a decree of forfeiture. The United States' motion is GRANTED. As guided by 18 U.S.C. § 983 and Supplemental Rule G of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, the United States filed a verified complaint *in rem* for forfeiture, served the complaint on all required parties, and published notice of the action. No party filed a claim or answer or otherwise defended the action; therefore, the Clerk entered a default.

The Court declares that Defendants $10,633.67 seized from First National Bank of Eastern Arkansas account number xxxx762 and $1,821.00 seized from First National Bank of Eastern Arkansas account number xxxx682 (collectively "Defendant Property") are forfeited and title is now vested in the United States. All prior claims in and against Defendant Property are extinguished and declared void. Defendant Property shall be turned over to the United States Marshals Service and disposed of according to law.

It is so Ordered this 29th day of May 2015.

/s/ Susan Webber Wright
United States District Judge